IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. VALENTIN GAPONTSEV and IPG PHOTONICS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY and STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury, <br><br> Defendants. | Civil Docket No. 1:18-cv-02826-RC |

**DEFENDANTS' MOTION TO DISMISS**

Defendants United States Department of the Treasury and Steven Mnuchin, named in his official capacity as Secretary of the Treasury, respectfully move to dismiss the above-captioned action pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Per Local Rule 7(a), this motion is accompanied by a statement of points and authorities upon which Defendants rely in support of this motion. A proposed order is also attached.

Dated:  March 13, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Director, Federal Programs Branch

/s/ Kevin M. Snell
KEVIN M. SNELL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C.  20005
Tel.: (202) 305-0924

1

Fax: (202) 616-8460
E-mail:  Kevin.Snell@usdoj.gov

*Attorneys for Defendant*