AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Dr. Valentin Gapontsev and IPG Photonics Corp. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:18-cv-2826-RC |
| United States Department of the Treasury et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Dr. Valentin Gapontsev and IPG Photonics Corporation                                          .

Date:     04/22/2019

/s/ Allison Goodman Gold
*Attorney's signature*

Allison Goodman Gold, D.C. Bar No. 454948
*Printed name and bar number*

Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC 20001

*Address*

allison.gold@nortonrosefulbright.com
*E-mail address*

(202) 974-5724
*Telephone number*

(202) 662-4643
*FAX number*