**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. VALENTIN GAPONTSEV and IPG PHOTONICS CORPORATION<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY and THE HONORABLE STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury<br><br>　　　　　Defendants. | Civil Action No.<br>1:18-cv-2826-RC |

## JOINT STATUS REPORT REGARDING MEDIATION

　　　As instructed by the Court on April 23, 2019, the parties have met and conferred regarding the possibility of mediation before a Magistrate Judge of this Court. Both parties welcome the Court's invitation and agree to engage in constructive mediation before a Magistrate Judge.

　　　Subject to the appointed Magistrate Judge's schedule, the parties hope to conduct and complete mediation prior to May 24, 2019. Accordingly, the parties intend to file a joint report regarding the status of mediation on or before May 24, 2019.

Dated: April 26, 2019

| | Respectfully submitted, |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/ *Michael J. Edney*<br>Michael J. Edney, DC Bar No. 492024<br>Stephen M. McNabb, DC Bar No. 367102 |
| DIANE KELLEHER<br>Assistant Director, Federal Programs Branch | Allison G. Gold, DC Bar No. 454948<br>NORTON ROSE FULBRIGHT US LLP<br>799 9th Street, NW, Suite 1000 |
| /s/ Kevin M. Snell<br>KEVIN M. SNELL<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, D.C. 20005<br>Tel.: (202) 305-0924<br>Fax: (202) 616-8460<br>E-mail: Kevin.Snell@usdoj.gov | Washington, DC 20001-4501<br>Telephone: (202) 662-0200<br>Fax: (202) 662-4643<br>michael.edney@nortonrosefulbright.com<br><br>*Attorneys for Plaintiffs Dr. Valentin Gapontsev and IPG Photonics Corporation* |
| *Attorneys for Defendants*<br>*United States Department of the Treasury*<br>*and The Honorable Steven Mnuchin* | |