# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| VALENTIN GAPONTSEV and | : | | |
| IPG PHOTONICS CORPORATION, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 18-2826 (RC) |
| | : | | |
| v. | : | Re Document No.: | 29 |
| | : | | |
| UNITED STATES DEPARTMENT OF THE | : | | |
| TREASURY and STEVEN MNUCHIN, | : | | |
| | : | | |
| Defendants. | : | | |

# ORDER

### REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION

It is hereby **ORDERED** that the above-captioned case is referred to United States Magistrate Judge G. Michael Harvey for the purpose of mediation. The proceeding shall conclude no later than **May 24, 2019**. The parties are to **immediately** contact Magistrate Judge Harvey jointly to schedule the mediation. Counsel and parties, including persons with settlement authority, are to participate in the mediation. If the case settles in whole or in part, counsel shall advise the Court of the settlement promptly by filing a stipulation. If no such stipulation is filed, the parties shall file a joint status report regarding the status of mediation no later than May 24, 2019. All filings in this case pertaining to this mediation shall include the initials of Magistrate Judge Harvey ("GMH") in the caption next to the initials of the undersigned judge. *See* D.D.C. Civ. R. 5.1(d).

**SO ORDERED**.

Dated: April 26, 2019                                                                                     RUDOLPH CONTRERAS
                                                                                                          United States District Judge