**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. VALENTIN GAPONTSEV and IPG PHOTONICS CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY and STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury,<br><br>Defendants. | Civil Docket No. 1:18-cv-02826-RC-GMH |

**JOINT STATUS REPORT**

Pursuant to this Court's April 26, 2019 Order, the parties submit this joint status report regarding the status of mediation. On May 23, 2019, the parties engaged in a fruitful mediation session with Magistrate Judge Harvey. The parties respectfully ask that they be given additional time to try to resolve this matter, and they suggest filing another joint status report with this Court on or before June 14, 2019. The parties have another call scheduled with Magistrate Judge Harvey on Tuesday, May 28, 2019, to continue their attempts at a negotiated resolution. If necessary, they have also received dates from Magistrate Judge Harvey should it prove necessary to have another mediation session.

Dated: May 24, 2019

*/s/ Michael J. Edney*
Michael J. Edney, DC Bar No. 492024
Stephen M. McNabb, DC Bar No. 367102
NORTON ROSE FULBRIGHT US LLP
799 9TH STREET, NW, SUITE 1000

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Director, Federal Programs Branch

1

| | |
|---|---|
| Washington, DC 20001-4501<br>Telephone: (202) 662-0200<br>Fax: (202) 662-4643<br>michael.edney@nortonrosefulbright.com<br><br>*Attorneys for Plaintiffs Dr. Valentin Gapontsev and IPG Photonics Corporation* | /s/ *Kevin Snell*<br>KEVIN SNELL (N.Y. Bar)<br>Trial Attorney<br>Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>1100 L St. NW<br>Washington, D.C. 20005<br>Telephone:  (202) 305-0924<br>Fax:  (202) 616-8460<br>Email:  Kevin.Snell@usdoj.gov<br><br>*Counsel for Defendants* |