IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. VALENTIN GAPONTSEV and IPG PHOTONICS CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY and STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury,<br><br>Defendants. | Civil Docket No. 1:18-cv-02826-RC-GMH |

## JOINT STATUS REPORT

Pursuant to this Court's May 28, 2019 Order, the parties submit this joint status report regarding the status of mediation. On May 24, 2019, the parties filed a joint status report informing this Court that the parties had engaged in a fruitful mediation session with Magistrate Judge Harvey and asked for additional time to try to resolve this matter. *See* ECF No. 32.

Since then, the parties have continued to discuss this matter with Magistrate Judge Harvey in an attempt to try to resolve this matter. The parties are still trying to negotiate a resolution of this matter and respectfully ask for additional time to do so. The parties suggest filing another joint status report with this Court on or before June 28, 2019.

Dated: June 14, 2019                              Respectfully submitted,

*/s/ Michael J. Edney*_____         JOSEPH H. HUNT
Michael J. Edney, DC Bar No. 492024              Assistant Attorney General
Stephen M. McNabb, DC Bar No. 367102
NORTON ROSE FULBRIGHT US LLP                     DIANE KELLEHER
799 9TH STREET, NW, SUITE 1000                   Assistant Director, Federal Programs Branch

Washington, DC 20001-4501  
Telephone: (202) 662-0200  
Fax: (202) 662-4643  
michael.edney@nortonrosefulbright.com

*Attorneys for Plaintiffs Dr. Valentin Gapontsev and IPG Photonics Corporation*

/s/ *Kevin Snell*_____  
KEVIN SNELL (N.Y. Bar)  
Trial Attorney  
Federal Programs Branch  
U.S. Department of Justice, Civil Division  
1100 L St. NW  
Washington, D.C. 20005  
Telephone:  (202) 305-0924  
Fax:  (202) 616-8460  
Email:  Kevin.Snell@usdoj.gov

*Counsel for Defendants*