**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. VALENTIN GAPONTSEV and IPG PHOTONICS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY and STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury, <br><br> Defendants. | Civil Docket No. 1:18-cv-02826-RC-GMH |

**JOINT STATUS REPORT**

Pursuant to this Court's June 14, 2019 Order, the parties submit this joint status report regarding the status of mediation. Through Judge Harvey, the parties have reached an agreement in principle that would allow for the resolution of this action. The parties are drafting appropriate documentation and seeking formal approvals. The parties hope to make filings reflecting the agreement in principle within the next three weeks.

Dated:  June 28, 2019

*/s/ Michael J. Edney*_____
Michael J. Edney, DC Bar No. 492024
Stephen M. McNabb, DC Bar No. 367102
NORTON ROSE FULBRIGHT US LLP
799 9TH STREET, NW, SUITE 1000
Washington, DC 20001-4501
Telephone: (202) 662-0200
Fax: (202) 662-4643
michael.edney@nortonrosefulbright.com

*Attorneys for Plaintiffs Dr. Valentin*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Director, Federal Programs Branch

/s/ *Kevin Snell*_____
KEVIN SNELL (N.Y. Bar)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division

1

*Gapontsev and IPG Photonics Corporation*     1100 L St. NW
Washington, D.C. 20005
Telephone:  (202) 305-0924
Fax:  (202) 616-8460
Email:  Kevin.Snell@usdoj.gov

*Counsel for Defendants*