**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DR. VALENTIN GAPONTSEV and IPG PHOTONICS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY and STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury, <br><br> Defendants. | Civil Docket No. 1:18-cv-02826-RC-GMH |

**JOINT STATUS REPORT**

Pursuant to this Court's July 1, 2019 Order, the parties submit this joint status report. The parties have actively worked with one another to draft the appropriate documentation that reflects their agreement in principle, including through numerous conferences and exchanges of drafts. The parties are down to the smallest of details, and expect to make filings finalizing the agreement by August 14, 2019. The parties will inform the Court if this timeline changes.

Dated: July 31, 2019

*/s/ Michael J. Edney*_____
Michael J. Edney, DC Bar No. 492024
Stephen M. McNabb, DC Bar No. 367102
NORTON ROSE FULBRIGHT US LLP
799 9TH STREET, NW, SUITE 1000
Washington, DC 20001-4501
Telephone: (202) 662-0200
Fax: (202) 662-4643
michael.edney@nortonrosefulbright.com

*Attorneys for Plaintiffs Dr. Valentin*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Director, Federal Programs Branch

/s/ *Kevin Snell*_____
KEVIN SNELL (N.Y. Bar)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division

1

*Gapontsev and IPG Photonics Corporation*       1100 L St. NW
Washington, D.C. 20005
Telephone:  (202) 305-0924
Fax:  (202) 616-8460
Email:  Kevin.Snell@usdoj.gov

*Counsel for Defendants*