# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. VALENTIN GAPONTSEV and IPG PHOTONICS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY and STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury, <br><br> Defendants. | Civil Docket No. 1:18-cv-02826-RC-GMH |

## JOINT STATUS REPORT

The parties have agreed on the key terms arising from the mediation and expect to file paperwork so reflecting next week.  In light of that schedule, the parties respectfully submit that no further status reports will be necessary.

Dated:  August 30, 2019

/s/ Michael J. Edney
Michael J. Edney, DC Bar No. 492024
Stephen M. McNabb, DC Bar No. 367102
NORTON ROSE FULBRIGHT US LLP
799 9TH STREET, NW, SUITE 1000
Washington, DC 20001-4501
Telephone: (202) 662-0200
Fax: (202) 662-4643
michael.edney@nortonrosefulbright.com

*Attorneys for Plaintiffs Dr. Valentin Gapontsev and IPG Photonics Corporation*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Director, Federal Programs Branch

/s/ Kevin Snell
KEVIN SNELL (N.Y. Bar)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, D.C. 20005
Telephone:  (202) 305-0924
Fax:  (202) 616-8460

Email:  Kevin.Snell@usdoj.gov

*Counsel for Defendants*