# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DR. VALENTIN GAPONTSEV and
IPG PHOTONICS CORPORATION

      Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE
TREASURY and THE HONORABLE STEVEN
MNUCHIN,

      Defendants.

Civil Action No.
1:18-cv-2826-RC-GMH

## JOINT MOTION TO STAY PROCEEDINGS FOR THREE YEARS AND FOR DISMISSAL THEREAFTER AND NOTICE OF WITHDRAWAL OF ALL OTHER PENDING MOTIONS

Plaintiffs, Dr. Valentin Gapontsev and IPG Photonics Corporation, and Defendants, the United States Department of the Treasury and the Honorable Steven Mnuchin, Secretary of the Treasury (the "Parties"), respectfully move for an order staying and administratively closing the above-captioned proceeding (the "Proceeding") until the earlier of September 11, 2022, or the Court lifts the stay at the request of either of the Parties.[1] The parties further request that on September 11, 2022, the conclusion of the stay's three-year period, the Court dismiss the Proceeding with prejudice, with each side to bear their own costs and fees, provided that the Court did not lift the stay before then.

The Parties file this motion pursuant to an agreement that they reached to resolve this litigation during the course of the Court-ordered mediation. *See* Dkt. 30; *see also*

---

[1] The parties agree that if Defendants do not consent to a request by Plaintiffs to lift the stay, Defendants may file with the Court an opposition to such a request within three business days of Plaintiffs filing such a request with the Court.

Minute Entries for proceedings held before Magistrate Judge G. Michael Harvey on May 23, 2019, June 25, 2019, June 27, 2019, Aug. 29, 2019; Dkts. 32, 33, 34, 35 (joint status reports regarding the status of mediation). In furtherance of this resolution, the Parties signed a settlement agreement dated September 11, 2019. The agreement, among other things, sets forth the condition under which either party may seek to lift the stay and the accommodations provided by the Defendants and the Plaintiffs.

The Parties further hereby withdraw all other pending motions, including Plaintiffs' Motion for a Preliminary Injunction, Dkt. 12, and Defendants' Motion to Dismiss, Dkt. 22.

The Parties also stipulate, subject to the Court's permission, that, if the stay is lifted during the three-year period, these pending motions may at the request of either party be restored to the docket as currently briefed, to be followed 14 days thereafter by a supplementary brief by each party addressing the effect of the intervening factual and legal developments occurring since the original briefing of the motions.

## CONCLUSION

The Parties respectfully request the Court (1) stay the Proceeding until the earlier of September 11, 2022, or the Court lifts the stay at the request of either of the Parties, (2) dismiss the Proceeding with prejudice on September 11, 2022, with Plaintiffs and Defendants to bear their own costs and fees, provided that the Court did not lift the stay before then, and (3) order that should the Court lift the stay, either of the Parties may restore to the docket the motion for preliminary injunction or motion to dismiss withdrawn by the instant filing, to be followed by a supplementary brief by each of the Parties addressing intervening legal and factual developments filed 14 days thereafter, and that the motions will then be considered ready for decision.

Dated: September 11, 2019

Respectfully submitted,

/s/ *Michael J. Edney*
Michael J. Edney, DC Bar No. 492024
Stephen M. McNabb, DC Bar No. 367102
NORTON ROSE FULBRIGHT US LLP
799 9th Street, NW, Suite 1000
Washington, DC 20001-4501
Telephone:  (202) 662-0200
Fax:  (202) 662-4643
michael.edney@nortonrosefulbright.com

*Attorneys for Plaintiffs Dr. Valentin Gapontsev and IPG Photonics Corporation*


JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Director, Federal Programs Branch

/s/ *Kevin Snell*
KEVIN SNELL (N.Y. Bar)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, D.C. 20005
Telephone:  (202) 305-0924
Fax:  (202) 616-8460
Email:  Kevin.Snell@usdoj.gov

*Counsel for Defendants*